# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEOTHA RAINEY** | **CIVIL ACTION No. 19-12227** |
| **v.** | **JUDGE ELDON E. FALLON** |
| **C.A.R.E. INC.,** *et al* | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## <u>ORDER</u>

Considering the foregoing joint motion to dismiss with prejudice,

**IT IS ORDERED** that this lawsuit and any and all claims (individual and those brought on behalf of others) of Plaintiff, Leotha Rainey, against Defendants, C.A.R.E., Inc., Donald Bankston, and James Griffith, be and are hereby dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

New Orleans, Louisiana, this 19th day of _____ May _____, 2020.

_____

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA